No. 87–6403.   LAY v. FORD ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–6404.   SMITH v. BRIGHAM.   Sup. Jud. Ct. Me.   Certiorari denied.

No. 87–6409.   MASTERS v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 87–6411.   BEAM v. FOLTZ, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 87–6442.   THOMAS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 87–6445.   DEVEAUX v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 87–6452.   ESTRADA v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 87–6465.   AGOSTINO v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 87–6467.   STAMPS v. PARKE, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 87–6470.   COLON v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 87–6474.   GRAVATT v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 87–6483.   SELTENRICH v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 87–6488.   HILL v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 87–6506.   MITTLEIDER, AKA WYMAN v. UNITED STATES. C. A. 10th Cir.   Certiorari denied.

No. 87–6510.   NIGRO v. BEYER, ADMINISTRATOR, NEW JERSEY STATE PRISON.   C. A. 3d Cir.   Certiorari denied.